**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FEB 24 2023

UNITED STATES OF AMERICA

V.

NO. 2:16-CR-00241-2

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

MONICA MORALES

## DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE OR SENTENCE REDUCTION

The Defendant moves the Court to grant compassionate release or a sentence reduction pursuant to 18 USC Section 3582, and appointment of counsel. In support, the Defendant presents the following:

### RELEVANT CASE BACKGROUND

The Defendant was convicted of sex trafficking of a minor. The Defendant was sentenced to 128 months imprisonment and 10 years supervised release.

### JURISDICTION

The Court has jurisdiction to review and consider this Motion. The Defendant made a request for compassionate release to the warden in January 23, 2023. Exhibit-A, Request to Warden Jusino for Compassionate Release. As of the filing of this Motion, no response has been received from the warden's office.

### ARGUMENTS & AUTHORITIES IN SUPPORT OF RELIEF

Pursuant to Section 3582, the Court may grant compassionate release or a sentence reduction. The Court has the broad authority to grant compassionate release and modify the terms of the supervised release. In a myriad of circumstances, district courts have used their broad authority to grant compassionate release or a sentence reduction.

For example, in United States v. Gluzman, No. 96 Cr 323(LJL), LEXIS 131749 (SDNY 2020), the defendant was granted compassionate release based on her health problems, although she had chopped her husband into 65 pieces, the U.S. Attorney's Office, her only son, and the victim's brother were opposed to her release. The defendant's supervision was modified, allowing her to leave her home only for medical appointments, church, and other approved activities. Essentially, the defendant was placed on home confinement during her supervised release.

In United States v. Batista, No. 18-CR-319-LTS, LEXIS 100688, (SDNY 2022), the defendant was granted a sentence reduction of 20 months, although she had several incident reports, the district court noted the extensive lockdown which made the sentence more punitive and the defendant's long term exposure to toxic mold at FCI-Tallahassee, at prison that is almost 100 years old. The Defendant is suffering worst environmental conditions at FCI-Dublin.

The Defendant's case is not violent and she is a first offender.

For the following reasons, the Defendant prays the Court will grant compassionate release:

### A. THE DEFENDANT IS SUFFERING A SERIOUS MEDICAL CONDITION CAUSED BY EXPOSURE TO TOXIC MOLD AND ASBESTOS CONTAMINATION AT FCI-DUBLIN.

The Defendant contracted the virus during her incarceration at FCI-Dublin. The Defendant continues to suffer with symptoms related to long covid and possibly lung disease, due to long term exposure to mold and asbestos contamination at FCI-Dublin. Exhibit-B, News Article on Mold/Asbestos at FCI-Dublin. The Defendant has headaches, nasal congestion, muscle aches, racking coughs, blood vessels busting in her eyes, and fatigue. All of these ailments are directly related to ongoing exposure to mold and asbestos.

The Defendant has stated to Health Services the mold and asbestos is causing her to be ill, but in many cases they do not note this in inmate medical files for liability reasons.   The Defendant needs medical treatment.  The lack of medical staff has prevented the Defendant from receiving the most basic care for her other chronic health problems.

Inmates that have been referred to a pulmonologist, since September, still have not been seen.  See, Exhibit-C, Medical Record of inmate Rhonda Fleming, #20446-009 and FBOP-Request to Staff, sent by Ms. Fleming regarding denial of medical treatment due solely to cost.  The prison does not have the financial resources or staff to provide the care the Defendant needs.

B.  THE DEFENDANT IS A VICTIM OF EMOTIONAL SEX ABUSE/HARASSMENT

The Defendant is a documented victim of sexual abuse as a child.   The Defendant has been a victim of emotional sex abuse/harassment at FCI-Dublin, due to rampant sexual misconduct by prison employees. The women at FCI-Dublin have suffered years of sexual and emotional abuse by correctional employees.  In Lucas v. White, 63 F. Supp.2d 1046 (N.D. Cal. 1995), former women inmates, 25 years ago, suffered violent rapes and sexual assaults.  New rules were made, but not enforced, because it is a systemic, nationwide problem the Federal Bureau of Prisons has not adequately addressed.

The Defendant does not allege she was sexually assaulted, but being in cells and other areas of the prison, while sexual acts were taking place has been emotionally traumatizing.  The Defendant was sexually harassed. The former warden, Ray Garcia, was arrested and subsequently convicted, along with the chaplain, and other correctional staff for raping and sexually abusing federal women inmates at FCI-Dublin.

In January 2023, the U.S. Sentencing Commission proposed new amendments approving compassionate release or a sentence reduction for inmates that suffer sex abuse while in federal custody.  In United States v. Brice, No. 13-cr-206-2 (E.D. Pa. 12/15/2022), the district court noted that the defendant had committed a violent crime and had several incident reports during her incarceration, but still granted a sentence reduction because of the sexual abuse she had suffered while in FBOP custody.

D.  EXTENSIVE LOCKDOWNS AT THE PRISON MADE THE SENTENCE MORE PUNITIVE THAN THE COURT CONTEMPLATED WHEN SENTENCING THE DEFENDANT IN 2021.

The Defendant was sentenced in August 2018, well before the start of the pandemic.  During the pandemic, no one understood the harmfulness of prison lockdowns.  The lockdowns have been long and punitive.  FCI-Dublin just ended another full lockdown in January 2023.  In the Batista case, the district court granted a 20 month sentence reduction, citing the lockdowns in the prison.

The correctional employees who sexually violated women, used the lockdowns, where the Defendant and other women were isolated in cells, away from video surveillance to commit their sex abuse.

The lockdowns were harmful, emotionally and physically.  Being kept in a cell 24 hours a day is emotionally painful. Physically, the lockdowns deprived the Defendant of fresh air and exercise. The Defendant was not allowed sufficient time outside, for some respite from being exposed to toxic mold and asbestos contamination, at FCI-Dublin. These environmental contaminates irritate and worsen respiratory illnesses.

D.  IF THE DEFENDANT WERE SENTENCED TODAY, HER SENTENCE MIGHT BE LOWER

Recently, many courts have been applying Kisor v. Wilkie, 139 S.Ct. 2400 (2019) to the sentencing guidelines, specifically, the commentaries.  The Defendant has not filed a Section 2255 Motion because the Ninth Circuit did not recognize Kisor's application to the sentencing guidelines until reviewing, United States v. Kirilyuk, 29 4.th 1128, (April 2022).

If the Court considered the commentary in the sentencing of the Defendant, it is possible her sentence would be lower.  The U.S. Sentencing Guideline Commission has stated this is a reason to grant relief.

E.  SECTION 3553(a) FACTORS

The Court must consider Section 3553(a) factors when considering compassionate release or a sentence reduction, as follows:

1.  The nature and circumstances of the offenses are very serious offenses, but not violent crimes.   The Defendant has taken responsibility for her actions.

2

2. The criminal history and characteristics of the Defendant are not perfect. The Defendant had no criminal history and was used by her co-defendant in this crime. He was her pimp. Additionally, losing her good health has shown the Defendant how fragile life can be.

3. The need for the sentence to reflect the seriousness of the offense has been reached. The Defendant has served almost 67% of her sentence. See Exhibit-D, FBOP Computation, page-2.

4. The need to deter criminal conduct has been met, as stated in paragraphs 1-3. It is unlikely a former felon, with respiratory problems, will commit another crime. The Defendant has learned her lesson, was sexually abused, lost her good health, all punishments the Court did not contemplate or want the Defendant to suffer.

5. The need to protect the public from the Defendant has been met. While some inmates were filing false claims for benefits in the State of California during the pandemic, the Defendant has not been involved in any type of criminal activity in prison. The Defendant is on the waiting list for several classes, but the lockdowns continue to hamper program participation.

6. There is a need for spiritual, medical and emotional rehabilitation for the Defendant, which has not been provided during her incarceration. The prison has no regular chaplain. The former chaplain was prosecuted for having sexual relations with several inmates. The FBOP simply does not have enough correctional officers, Health Services Staff, or financial wherewithal, to adequately care for the Defendant and over 150,000 inmates in their custody. Emotionally, the Defendant has been deprived of care, too. After witnessing sexual abuse, where many in Psychology Services turned their heads, not reporting the warden, chaplain, or others for widespread sexual abuse against women in their care, the Defendant is unable to receive mental health counseling while in the FBOP. While at FCI-Waseca, the chaplain and others were under investigation and/or prosecuted for sex abuse. Sexual abuse of women inmates is a nationwide problem.

7. There is a need to avoid unwarranted sentencing disparities. Recently, in United States v. Holmes, No. 5:18-cr-00258-EJD-1, (N.D. Cal. 2022), the defendant was sentenced to 11 years. The medical and financial fraud went on for 8-10 years, with patients being harmed with false medical test results, and the actual loss amount was in the hundreds of millions. The Wal-Mart heirs, Rupert Murdoch, and many other small investors allegedly lost billions of dollars. When considering the Defendant has a sentence of 120 months, there is an unwarranted sentencing disparity. The Defendant is serving essentially the same sentence, for harming one person, while the Holmes defendant harmed thousands.

Last, when granting compassionate release in United States v. Watts, 92-CR-767(KAM), (SDNY 2022), the district court cited the U.S. Sentencing Commission statistics, which indicate that in 2021, the average national sentence imposed for various serious/violent crimes, as follows: Murder-244 months, Kidnapping-166 months, and Armed Robbery 76 months. Considering these verifiable statistics of violent criminal offenses, the present sentence is unwarranted at this time.

The Defendant is attaching her last Program Review and her PATTERN Scoring, showing her recidivism level is "LOW." Exhibits-E & F.

RELEASE PLANS IF GRANTED RELIEF

The Defendant requires medical treatment with a pulmonologist, which is being denied by the FBOP. The medical concerns of the inmates are being ignored because the prison officials fear the prison will be closed due to the very serious asbestos contamination, as well as the toxic mold from flooding, and excessive bird excreta which is causing health problems through the water supply. Inmates Linda Expose and others were hospitalized due to water contamination. The Defendant has been made ill due to water contamination, too.

The Defendant has two children. Her daughter is losing her sight. The Defendant is a Native American and if she were granted relief, she could obtain the financial resources to prevent further loss of her daughter's sight.

If granted ANY relief, the Defendant would like to pursue her education to obtain business/restaurant management skills. The Defendant has enjoyed working in Food Service, at the prison. The Defendant will live with a Christian family in Northern California, if granted relief.

CONCLUSION

The Defendant prays the Court will consider the sexual, physical, and emotional abuse she has suffered as a child and during her incarceration, along with her need for medical and mental health care in the community. The Defendant has learned her

3

lesson. FCI-Dublin was harsh, so harsh, the Defendant is truly broken. The Defendant was a witness to things she never thought she would see and never wants to see it again.

For the reasons stated, the Defendant prays the Court will grant compassionate release or a sentence reduction.

Respectfully Submitted,

Monica Morales, Defendant
February 22, 2023
#76105-097
FCI-Dublin
5701 8th Street
Dublin, CA 94568

CERTIFICATE OF SERVICE

Service is performed by the electronic filing of this Motion by the U.S. Clerk.

Monica Morales, Defendant

4

TRULINCS 76105097 - MORALES, MONICA - Unit: DUB-D-A

-------------------------------------------------------------------------------------------------

FROM: 76105097
TO: Warden
SUBJECT: ***Request to Staff*** MORALES, MONICA, Reg# 76105097, DUB-D-A
DATE: 01/23/2023 05:13:31 PM

To: Request for Compassionate Release
Inmate Work Assignment: yard

Warden Jusino,

I am requesting compassionate release for the following reasons:

1. I have served my prison sentence in a hostile, sexually abusive prison climate. I am not claiming sex abuse, but I was subjected to seeing it over and over again.

2. I am currently suffering from long term exposure to mold and asbestos contamination at the prison. Health Service will not even document my complaints, which include headaches, fatigue, coughing, runny nose, and muscle aches.

3. I have served a large portion of my sentence on lockdowns due to the pandemic and other inmates have received time reductions for this circumstance.

4. I believe with recent changes by the U.S. Sentencing Commission, if I were sentenced today, my sentence would be lower.

If you grant me compassionate release, I will live with my family in California, take care of my 2 children and go to college, while working.

Thank You,

M. Morales

EX- A

Posted: Apr 9, 2022 / 02:23 PM EDT

Updated: Apr 9, 2022 / 02:23 PM EDT

FILE   The Federal Correctional Institution is shown in Dublin, Calif., July 20, 2006. A government watchdog has found a "substantial likelihood" the federal Read More FILE   The Federal Correctional Institution is shown in Dublin, Calif., July 20, 2006. A government watchdog has found a "substantial likelihood" the federal Bureau of Prisons committed wrongdoing when it ignored complaints and failed to address asbestos and mold contamination at the federal women's prison in California that has already been under scrutiny for rampant sexual abuse of inmates. (AP Photo/Ben Margot, File) Read Less

by: The Associated Press

Posted: Apr 9, 2022 / 02:23 PM EDT

Updated: Apr 9, 2022 / 02:23 PM EDT

SHARE

WASHINGTON (AP)   A government watchdog has found a "substantial likelihood" the federal Bureau of Prisons committed wrongdoing when it ignored complaints and failed to address asbestos and mold contamination at a federal women's prison in California that has already been under scrutiny for rampant sexual abuse of inmates.

The U.S. Office of Special Counsel now wants Attorney General Merrick Garland to step in to investigate the allegations after multiple whistleblower complaints were filed earlier this year. The office detailed its findings in a letter this past week and has asked Garland to submit a report within 60 days.

The whistleblower complaints, filed by union officials at the Federal Correctional Institution in Dublin, California, alleged that senior Bureau of Prisons officials had failed to act to resolve the allegations of workplace contamination. The union had repeatedly complained that correctional officers and other prison workers and inmates were being exposed to potentially hazardous mold and asbestos but says those concerns were ignored.

"Management's failure to address unsafe and dangerous working conditions at FCI Dublin has put the health and safety of both employees and inmates at considerable risk," Dublin union president Edward Canales said. "We look forward to the outcome of this investigation, which we hope will result in the unsafe conditions being remedied and appropriate disciplinary actions being taken against the managers who failed to act."\

FILE   A sign for the Federal Correctional Institution Dublin is displayed on Jan. 9, 2019, in Dublin, Calif. A government watchdog has found a "substantial likelihood" the federal Bureau of Prisons committed wrongdoing when it ignored complaints and failed to address asbestos and mold contamination at the federal women's prison that has already been under scrutiny for rampant sexual abuse of inmates. (Santiago Mejia/San Francisco Chronicle via AP, File)FILE   The Federal Correctional Institution is shown in Dublin, Calif., July 20, 2006. A government watchdog has found a "substantial likelihood" the federal Bureau of Prisons committed wrongdoing when it ignored complaints and failed to address asbestos and mold contamination at the federal women's prison in California that has already been under scrutiny for rampant sexual abuse of inmates. (AP Photo/Ben Margot, File)

The Justice Department has already been investigating serious misconduct at Dublin, where five employees   including the former warden   have been charged with sexually abusing inmates. An Associated Press investigation this year revealed a pattern of sexual misconduct and detailed a toxic culture that enabled it to continue for years.

After the AP's investigation was published, whistleblowers at the prison said they were being attacked for speaking up. The Bureau of Prisons launched a task force of 18 senior executives who visited the prison in March to assess the conditions there and work to reform the facility. The agency's director, Michael Carvajal, also visited the prison.

The Justice Department said Saturday it had received the letter and "appreciates OSC's responsiveness to these concerns." It said the Bureau of Prisons was "addressing concerns raised by staff at Dublin and working to ensure that all facilities are operating under safe, healthy conditions."

In a statement, the Bureau of Prisons said its staff members perform weekly fire, safety and sanitation inspections and staff members are encouraged to report unsafe or unhealth conditions to their supervisors. It said anyone who believes that such a condition exists could report it to the warden, other prison system officials or the Occupational Safety and Health Administration.

"All safety concerns reported by staff at Dublin are being addressed," Bureau of Prisons spokesman Emery Nelson said in a statement.

The Office of Special Counsel said that while it found "a substantial likelihood of wrongdoing" based on the complaint that was filed, the referral to Garland does not constitute its final determination. The case remains open until the agency submits its final report, which is then forwarded to President Joe Biden and Congress.

Copyright 2022 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Top Stories

Lowcountry school district announce eLearning days  Berkeley County students to have eLearning day Friday  WCSD switches to eLearning day Friday due to weather  Severe weather prompts eLearning day for DD4 students  LIST: Charleston roads close due to flooding  Top Stories

More Stories

Top, Lite-Brite, Masters of the Universe in toy hall

Lowcountry school district announce eLearning days

EX- B

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Pending Appointments:

| Date | Time | Activity | | Provider |
|------|------|----------|---|----------|
| 04/04/2023 | 00:00 | PPD Administration | | Nurse |
| 05/29/2023 | 09:00 | Chronic Care Visit | | Physician 02 |
| 06/09/2023 | 00:00 | Chronic Care Visit | | Physician 02 |

Non-Medication Orders:

| Order Name | Status | Frequency | Duration | Order Date | Details |
|------------|--------|-----------|----------|------------|---------|
| Fecal Occult Blood | Pending | One Time | | 07/29/2022 | screening |

Active Alerts:
    No Data Found

Consultations:

Pending Institutional Clinical Director Action

Consultation/Procedure Requested: Pulmonology
        Subtype: Offsite Appt
        Priority: Routine
        Location: Offsite
        Ordered Date: 08/23/2022
        Scheduled Target Date: 09/30/2022
        Level Of Care:

Reason for Request: Hx of asthma diagnosed 3 years ago with chronic productive cough, on SABA, LABA/ICS w/o relief of symptoms especially cough, requesting further evaluation PFT/COPD diagnosis vs other diagnosis.
IM reports subjectively of asbestos exposure. Recent Xray no cardiopulmonary process.
Hx of positive Covid 19 Pneumonia.



Provisional Diagnosis: COPD/Asthma

Pending UR Committee Action
    No Data Found

Pending Regional Review Action
    No Data Found

Pending Scheduling
    No Data Found

Pending Consultation
    No Data Found

Pending Results
    No Data Found



Sickle Cell:
    Sickle Cell Trait/Disease:    No

ex-E-1

Limitations/Restrictions/Diets:
    Cell: lower bunk --- 07/07/2023
    Cleared for Food Service: Yes
    Cuff only front --- permanent

Comments:
    The inmate has been provided education on CDC guidance for persons in the community on how to protect themselves from COVID-19 transmission. This education includes, but is not limited to: hand washing, social distancing, wearing of facial coverings and self-assessment for signs and symptoms of COVID-19. Home Confinement provides the opportunity for the inmate to practice optimal infection prevention control measures, which may mitigate existing risks based on rates of transmission in the local area, and is likely not to increase the inmate's risk of contracting COVID-19.

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: DUB-D-A

---------------------------------------------------------------------------------------------

FROM: 20446009
TO: Associate Warden of Programs
SUBJECT: ***Request to Staff*** FLEMING, RHONDA, Reg# 20446009, DUB-D-A
DATE: 02/01/2023 12:23:26 PM

To: AW Deveney
Inmate Work Assignment: f/s

Sir,

so I went to mainline, not to eat, but following your command to speak to you at mainline. You were a no show, but I spoke to Ms. Torrance and Mr. Wilson--Health Service.

I was told, by Ms. Torrance the medical furlough was denied due to my custody level and Health Services statement that they can provide the care locally. The custody level issue was corrected. After the incident report was expunged, my points are under 15, so I should be transferred to a camp, in Texas, near my family.

Next, I speak to Mr. Wilson. He stated I had not been seen because Health Services has to find a specialist that will ACCEPT what the government is willing to pay, before the appointment can be scheduled. That is criminal, to say I am being denied medical care based on money.

I stated I can get an appointment with a pulmonologist and pay for it myself, in Houston, sooner than in 5 or 6 months. I know inmates that have been waiting to see specialist for a year. Mr. Wilson shrugged. He did not deny this is going on.

I am concerned with my health. I cough all night, runny nose, headaches, back problems, etc. Ask any inmate that has been in a room with me. The fact that I am being denied medical care based on money and I am suffering, is illegal.

I am going to call my family and ask them to get me a medical appointment with a pulmonologist in Houston, Texas. I am going to have them send me the email verification. I am willing to pay for my own care.

With this said, I am requesting that the denial of a medical furlough, based on what Mr. Wilson stated, and my change in custody level, be reconsidered.

Thank You,

Rhonda Fleming

EX-C-2

```
 DUBFJ  540*23 *              SENTENCE MONITORING         *      01-24-2023
PAGE 001          *            COMPUTATION DATA           *      14:35:18
                               AS OF 01-24-2023
```

REGNO..: 76105-097 NAME: MORALES, MONICA


```
FBI NO...........: D5K5MJO6F          DATE OF BIRTH: 05-25-1991  AGE:  31
ARS1.............: DUB/A-DES
UNIT.............: 6 GP                QUARTERS.....: D04-171U
DETAINERS........: NO                  NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 09-05-2025

THE INMATE IS PROJECTED FOR RELEASE: 03-05-2026 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: CALIFORNIA, EASTERN DISTRICT
DOCKET NUMBER...................: 2:16CR00241-2
JUDGE...........................: MUELLER
DATE SENTENCED/PROBATION IMPOSED: 08-27-2018
DATE COMMITTED..................: 10-29-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $100.00        $00.00         $00.00        $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
```
OFFENSE CODE....:  572     18:2421-29 I/S TRN IMRL PRPS
OFF/CHG: 18:1591(A)(1) AND (B)(2) SEX TRAFFICKING OF A MINOR
```

```
 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   128 MONTHS
 TERM OF SUPERVISION.............:   120 MONTHS
 DATE OF OFFENSE.................: 08-16-2016
```

G0002      MORE PAGES TO FOLLOW . . .

D-1

```
DUBFJ  540*23 *                SENTENCE MONITORING        *      01-24-2023
PAGE 002 OF 002 *              COMPUTATION DATA           *      14:35:18
                               AS OF 01-24-2023


REGNO..: 76105-097 NAME: MORALES, MONICA



------------------------CURRENT COMPUTATION NO: 010 ------------------------


COMPUTATION 010 WAS LAST UPDATED ON 05-16-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-14-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 08-27-2018
TOTAL TERM IN EFFECT............:   128 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS        8 MONTHS
EARLIEST DATE OF OFFENSE........: 08-16-2016

JAIL CREDIT.....................:    FROM DATE       THRU DATE
                                     12-08-2016      08-26-2018

TOTAL PRIOR CREDIT TIME.........: 627
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 521
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 03-05-2026
ELDERLY OFFENDER TWO THIRDS DATE: 01-18-2024
EXPIRATION FULL TERM DATE.......: 08-08-2027
TIME SERVED.....................:     6 YEARS       1 MONTHS      17 DAYS
PERCENTAGE OF FULL TERM SERVED..:    57.4
PERCENT OF STATUTORY TERM SERVED:    66.3
```

→ Time Served

```
PROJECTED SATISFACTION DATE.....: 03-05-2026
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 12.17.2019: GCT UPDATED PURSUANT FSA P/ALP
               5-12-22: COMP UPDATED GCT TAKEN P/EAS
               04-20-22: UPDTD DIS/GCT, P/SMB.






G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

D-2



| **Individualized Needs Plan - Program Review    (Inmate Copy)** | **SEQUENCE:** 02129409 |
| Dept. of Justice / Federal Bureau of Prisons | **Team Date:** 09-20-2022 |

Plan is for inmate: MORALES, MONICA  76105-097

### Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### FRP Deposits

Trust Fund Deposits - Past 6 months:   $0.00          Payments commensurate ?   N/A

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 10-19-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 08-17-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 08-17-2022 |
| N-COGNTV Y | NEED - COGNITIONS YES | 08-17-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-31-2021 |
| N-EDUC N | NEED - EDUCATION NO | 08-17-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 08-17-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-17-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-17-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 08-17-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 08-17-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 08-17-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 08-17-2022 |
| N-WORK Y | NEED - WORK YES | 08-17-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 08-17-2022 |

EX-E

### Progress since last review

Since last program review, inmate Morales has not enroll in Foundation as recommended at her last Program Review. Inmate Morales is on the waiting list for Parent or Not to Parent, Phase One, Understanding FINGS, and Criminal Thinking. Inmate Morales has completed Non-Resolve Seek S/S.

### Next Program Review Goals

#Recommend inmate Morales to enroll and complete First Step Act EBRR Foundation to address your FSA Cognition needs.

#Recommend inmate Morales to enroll and complete First Step Act PA Health and Wellness Throughout the Lifespan to address your FSA Recreation/Leisure/Fitness/ Medical needs.

#Recommend inmate Morales to complete Music Theory by next program review.

#Recommend inmate Morales to  complete First Step Act EBRR Criminal Thinking to address your FSA Cognition needs.

### Long Term Goals

#Recommend inmate Morales to enroll and complete First Step Act PA Women in the 21st Century Workplace to address your FSA work needs.

#Recommend inmate Morales to complete Understanding FLNGS by next program review.

#Recommend inmate Morales to complete Parent or Not to Parent by next program review.

#Recommend inmate Morales to complete Phase One by next program review.

### RRC/HC Placement

No.
Management decision - Will process RRC Referral 17-19 months prior to release. .

### Comments

BP-338 Next Update:  October
Current Points:  12

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:76105-097, Last Name:MORALES

## U.S. DEPARTMENT OF JUSTICE      FEDERAL BUREAU OF PRISONS

Register Number: 76105-097

Inmate Name
- Last.........: MORALES
- First........: MONICA
- Middle.......:
- Suffix.......:

Gender........: FEMALE

Risk Level Inmate....: R-LW
- General Level......: R-LW (18)
- Violent Level......: R-LW (6)

Security Level Inmate: LOW
Security Level Facl..: LOW
Responsible Facility.: DUB
Start Incarceration..: 08/27/2018

## PATTERN Worksheet Summary

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 31 | 18 | 3 |
| Violent Offense (PATTERN) | TRUE | 1 | 3 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -6 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 6 | 3 | 0 |
| Serious Incident Reports (120 Months) | 2 | 0 | 0 |
| Time Since Last Incident Report | 1 | 6 | 3 |
| Time Since Last Serious Incident Report | 3 | 2 | 2 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 3 | -4 | -2 |
| Work Programs | 1 | -2 | -1 |
| | | Total 18 | 6 |

EX-F

Assessment Date: 08/17/2022      (1)      Assessment# R-2147031444