HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MONICA MORALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA MORALES,<br><br>Defendant. | No. Cr. S 16-241KJM 2<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE**<br><br>Judge: Honorable KIMBERLY J. MUELLER |

Defendant, MONICA MORALES, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Michele Beckwith, hereby request that the Court enter the order lodged herewith amending the briefing schedule as follows:

/ / /

/ / /

/ / /

/ / /

1    Defendant's amended motion is due on or before June 5, 2023.

2    Plaintiff's response is due on or before July 5, 2023.

3    Defendant's optional reply is due on or before July 19, 2023.

4  Respectfully submitted,

5  Dated:  May 3, 2023                              Dated:   May 3, 2023

6  PHILLIP A.TALBERT                                HEATHER E. WILLIAMS
7  United States Attorney                           Federal Defender

8   /s/ *Michele Beckwith*                           /s/  *David M. Porter*
9  MICHELE BECKWITH                                 DAVID M. PORTER
   Assistant U.S. Attorney                          Assistant Federal Defender
10
   Attorney for Plaintiff                           Attorneys for Defendant
11 UNITED STATES OF AMERICA                         MONICA MORALES

**ORDER**

It is hereby stipulated by Defendant, MONICA MORALES, and Plaintiff, UNITED STATES OF AMERCA, that the Court enter the order lodged herewith amending the briefing schedule regarding the pro se motion for compassionate release or sentence reduction filed February 23, 2023 (ECF 104).

Defendant's amended motion is due on or before June 5, 2023.

Plaintiff's response is due on or before July 5, 2023.

Defendant's optional reply is due on or before July 19, 2023.

**IT IS SO ORDERED.**

Dated:  May 11, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE