HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MONICA MORALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA MORALES,<br><br>Defendant. | No. Cr. S 16-241KJM 2<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE**<br><br>Judge: Honorable KIMBERLY J. MUELLER |

Defendant, MONICA MORALES, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Michele Beckwith, hereby request that the Court enter the order lodged herewith amending the briefing schedule as follows:

///

///

///

///

1  Defendant's amended motion is due on or before July 6, 2023.
2  Plaintiff's response is due on or before August 7, 2023.
3  Defendant's optional reply is due on or before August 21, 2023.

4 Respectfully submitted,

5 Dated:  June 1, 2023                               Dated:   June 1, 2023

6
7 PHILLIP A.TALBERT                                  HEATHER E. WILLIAMS
   United States Attorney                            Federal Defender

8
   /s/ Michele Beckwith                               /s/  David M. Porter
9  MICHELE BECKWITH                                  DAVID M. PORTER
   Assistant U.S. Attorney                           Assistant Federal Defender
10
11 Attorney for Plaintiff                            Attorneys for Defendant
   UNITED STATES OF AMERICA                          MONICA MORALES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Setting
Briefing Schedule
                                                   2

**ORDER**

It is hereby stipulated by Defendant, MONICA MORALES, and Plaintiff, UNITED STATES OF AMERCA, that the Court enter the order lodged herewith amending the briefing schedule regarding the pro se motion for compassionate release or sentence reduction filed February 23, 2023 (ECF 104).

Defendant's amended motion is due on or before July 6, 2023.

Plaintiff's response is due on or before August 7, 2023.

Defendant's optional reply is due on or before August 21, 2023.

**IT IS SO ORDERED.**

Dated:  June 9, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE