HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MONICA MORALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. 2:16-cr-241KJM 2 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE** |
| v. | Judge: Honorable KIMBERLY J. MUELLER |
| MONICA MORALES, | |
| Defendant. | |

Defendant, MONICA MORALES, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Michele Beckwith, hereby request that the Court enter the order lodged herewith amending the briefing schedule as follows:

/ / /

/ / /

/ / /

/ / /

Defendant's amended motion is due on or before August 24, 2023.

Plaintiff's response is due on or before October 6, 2023.

Defendant's optional reply is due on or before October 20, 2023.

Respectfully submitted,

| | |
|---|---|
| Dated:  July 7, 2023 | Dated:   July 7, 2023 |
| PHILLIP A.TALBERT<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Michele Beckwith*<br>MICHELE BECKWITH<br>Assistant U.S. Attorney | /s/  *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorneys for Defendant<br>MONICA MORALES |

**ORDER**

It is hereby stipulated by Defendant, MONICA MORALES, and Plaintiff, UNITED STATES OF AMERCA, that the Court enter the order lodged herewith amending the briefing schedule regarding the pro se motion for compassionate release or sentence reduction filed February 23, 2023 (ECF 104).

Defendant's amended motion is due on or before August 24, 2023.

Plaintiff's response is due on or before October 6, 2023.

Defendant's optional reply is due on or before October 20, 2023.

**IT IS SO ORDERED.**

Dated:  July 11, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE