HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MONICA MORALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA MORALES,<br><br>Defendant. | No. Cr. S 16-241KJM 2<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE**<br><br>Judge: Honorable KIMBERLY J. MUELLER |

Defendant, MONICA MORALES, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Michele Beckwith, hereby request that the Court enter the order lodged herewith extending the time for Defendant to file her Amended Motion as follows:

Defendant's amended motion is due on or before September 11, 2023.

All other dates remain as previously set:

Plaintiff's response is due on or before October 6, 2023.

Defendant's optional reply is due on or before October 20, 2023.

Respectfully submitted,

Dated: August 24, 2023                                    Dated: August 24, 2023

PHILLIP A. TALBERT                                        HEATHER E. WILLIAMS
United States Attorney                                    Federal Defender

| | |
|---|---|
| /s/ *Michele Beckwith*<br>MICHELE BECKWITH<br>Assistant U.S. Attorney<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender<br><br>Attorneys for Defendant<br>MONICA MORALES |

# ORDER

The court approves the stipulation by Defendant, MONICA MORALES, and Plaintiff, UNITED STATES OF AMERCA, amending the briefing schedule regarding the amended motion for compassionate release or sentence reduction.

Defendant's amended motion is due on or before September 11, 2023.

Plaintiff's response is due on or before October 6, 2023.

Defendant's optional reply is due on or before October 20, 2023.

**IT IS SO ORDERED.**

Dated:  August 28, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE