IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Monica Morales,<br><br>                    Defendant. | CASE NO. 2:16-CR-00241-KJM<br><br>ORDER |

On October 3, 2023, plaintiff requested an extension of time, Mot. Extension, ECF No. 120, to file its response to defendant's motion for compassionate release under 18 U.S.C. § 3582. *See* Mot., ECF No. 104.  Defendant opposes plaintiff's motion. *See* Opp'n, ECF No. 121.

The court previously granted defendant three separate extensions of time, none of which the plaintiff opposed. *See* Mot. Extension at 2; Def.'s First Extension, ECF No. 109; Def.'s Second Extension, ECF No. 111; Def.'s Third Extension, ECF No. 110.  The court then granted the parties' joint request for a modified briefing schedule in light of new allegations by plaintiff. *See* Mot. Extension at 2; Parties' Joint Extension, ECF No. 117.  Now, plaintiff requests a 28-day extension because of a pre-paid vacation, pre-planned leave and additional leave due to childcare duties. *See* Mot. Extension at 2.  This is plaintiff's first request for an extension. *See id.*  Defendant opposes the extension of time, alleging she has "worked diligently to expedite this litigation," despite her three successful requests for extension

1

of time, and suggesting the court should not grant plaintiff's extension because she will be prejudiced by the extension. *See* Opp'n at 1-2. Because this is plaintiff's first request for an extension, plaintiff has only requested 28 days of additional time, plaintiff has provided reasonable justification for the extension and defendant has already received three extensions of her own, the court **grants plaintiff's request for an extension of time to file its response to defendant's motion for compassionate release**. Plaintiff must file its response by November 3, 2023.

Parties should take notice that this is the last extension the court anticipates granting.

This order resolves ECF Nos. 120 and 121.

IT IS SO ORDERED.

Dated: October 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2