PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00241-KJM |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| MONICA MORALES, | |
| Defendant. | |

On November 3, 2013, plaintiff United States of America (Government) filed an opposition to defendant Monica Morales's motion to vacate and/or reduce sentence. Opp'n, ECF No. 125. On the same day, the Government filed a notice of request to file Morales's medical records and information about a separate victim related to the case under seal. *See* Notice, ECF 126. Pursuant to Local Rule 141(b) and based upon the representations contained in the government's request to seal, the court **grants the Government's request to seal**.

It is further ordered that electronic access to the sealed documents shall be limited to the Government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462, 1466 (9th Cir. 1990) (factors are "(1) closure serves a compelling interest; (2) there is a substantial possibility that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives that would adequately protect the compelling

interest" (citing *Press-Enter. Co. v. Superior Ct.*, 478 U.S. 1, 13–14 (1986)); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  The court finds there is a compelling interest to seal the request and Exhibits 4 and 5 for the reasons stated in the court's prior order, sealing both Morales's medical records and information that could make Morales vulnerable to retaliation, Prior Order, ECF No. 123, as well as the reasoning in the government's request, Notice at 1–2. The court further finds, in the absence of closure, the compelling interests identified by the government would be harmed.  In light of the public filing of the government's request, the court further finds that there are no additional alternatives to sealing the Government's request and Exhibits 4 and 5 that would adequately protect the compelling interests identified by the government.

       The court **directs the Clerk of Court to file the Government's request to seal and Exhibits 4 and 5 under seal**.

       This order resolves ECF No. 126.

DATED:  November 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE