UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Monica Morales,<br><br>　　　　　Defendant. | No. 2:16-cr-00241-KJM<br><br>ORDER |

Morales seeks compassionate release under 18 U.S.C. § 3582(c)(1)(A).  Mot., ECF No. 118.  In her reply, she argues she met the administrative exhaustion requirement based on a request she sent the warden in September 2023.  Reply at 5, ECF No. 129; Sept. Req. at 2, Reply Ex. P, ECF 129-1.  In her amended motion, she based her argument she exhausted her administrative remedies on a request she sent the warden in January 2023.  Mot. at 33; Jan. Req. at 95, Mot. Ex. K, ECF 118.  As Morales raises the September request to the warden for the first time as a basis for administrative exhaustion on reply, **the court provides the government an opportunity to file a sur-reply within fourteen days of this order.**  The sur-reply should narrowly address whether Morales has now fully exhausted her administrative remedies based on her September 2023 request to the warden.

　　　IT IS SO ORDERED.

DATED: January 5, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE