UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:16-cr-00241-KJM |
| Plaintiff, | ORDER |
| v. | |
| Monica Morales, | |
| Defendant. | |

Defendant Monica Morales moved for compassionate release, Mot. Compassionate Release ("MFCR"), ECF No. 118, and this court granted the motion in a sealed order, Sealed MFCR Order, ECF No. 132. The order was sealed in light of the court's prior order granting Ms. Morales's request to file a redacted amended motion and her request to file her medical records under seal. Request to Seal Order, ECF No. 123. In the sealed order, the court directed defense counsel to propose redactions to the sealed order. Request to Seal Order at 1 & n.1. The court **grants Ms. Morales's request for redactions in part and denies it in part**.

The court directs defense counsel to redact the following text:

- Page 3, lines 2 through 15 from after "assaulted" until "Ms. Morales" only;
- Page 7, lines 12 through 13 from after "assaulted" until "*See*" only;
- Page 8, lines 11 through 19 from the beginning of line 11 until "Moreover" and lines 22 through 24 from after "case," until the end of line 24 only; and

1

- Page 11, lines 2 through 4 from after "2022" until "*See*" only.

The court directs defense counsel to file a redacted version of the sealed order with only the segments outlined above redacted within 7 days from the date of this order.

IT IS SO ORDERED.

DATED: February 13, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE